| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Douglas A. Plazak #181709, dplazak@rhlaw.com<br>Reid & Hellyer, APC<br>3685 Main Street, Suite 300<br>P.O. Box 1300<br>Riverside, CA 92502-1300<br>Telephone: 951-682-1771<br>Telecopier: 951-686-2415 | |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Plaintiffs | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br>Romulo Loera<br><br>Debtor(s). | CASE NO.: 6:19-bk-18467-WJ<br>ADVERSARY NO.: 6:20-ap-01004-WJ<br>CHAPTER: 7 |
|---|---|
| See attached.<br><br>Plaintiff(s).<br>vs.<br>Romulo Loera<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 05/07/2020<br>TIME: 11:00 am<br>COURTROOM: #304<br>ADDRESS: 3420 Twelfth Street<br>Riverside, CA 92501 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

Plaintiffs:

Troy Daul and Andrea Daul Trustee of the Troy Daul and Andrea Daul Family Trust Dated March 8, 2006, Philip A. Radmer and Rita J. Radmer, Trustees of the Philip A. Radmer Trust Dated October 27, 2001; and Mark A. Gilleland and Shirlee I. Gilleland, Trustees of the Mark A. Gilleland and Shirley I. Gilleland Trust Dated October 27, 2001,

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| SEPTEMBER 2020 | UNSURE, GIVEN DEFENDANT'S NEED TO CONDUCT DISCOVERY AND PLAINTIFFS' COOPERATION & AVAILABILITY |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| WRITTEN DISCOVERY AND DEPOSITIONS NEED TO OCCUR. | UNSURE, GIVEN DEFENDANT'S NEED TO CONDUCT DISCOVERY AND PLAINTIFFS' COOPERATION & AVAILABILITY |

3. When do you expect to complete <u>your</u> discovery efforts?

| Plaintiff | Defendant |
|---|---|
| AUGUST 31, 2020 | WITHIN 90 DAYS |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| WRITTEN DISCOVERY AND DEPOSITIONS | DEPOSITIONS, DOCUMENT DEMANDS, RFA'S AND SROGGS, OF ALL PLAINTIFFS, |

C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 2 DAY | 1-DAY |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| APPROXIMATELY 13 | APPROXIMATEY 4 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| UNKNOWN AT THIS TIME | APPROXIMATELY 20 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pretrial conference ☒ is ☐ is not requested
Reasons:

Defendant
Pretrial conference ☒ is ☐ is not requested
Reasons:
TO NARROW THE ISSUES AT TRIAL

Plaintiff
Pretrial conference should be set after:
(date) 09/01/2020

Defendant
Pretrial conference should be set after:
(date) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?
   NONE AT THIS TIME

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

Plaintiff
☒ Yes  ☐ No

Defendant
☐ Yes  ☒ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 3                    F 7016-1.STATUS.REPORT

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: *(Use additional page if necessary)*

BCC IS AN ORTHODOX JEW AND SABBATH OBSERVER AND DOES NOT WORK ON THE FOLLOWING JEWISH HOLIDAYS AND PERSONAL DAYS - SEE ATTACHED LIST FOR 2020-2021

Respectfully submitted,

Date: 03/11/2020

Reid & Hellyer, APC
Printed name of law firm

/s/ Douglas A. Plazak
Signature

Douglas A. Plazak
Printed name

Attorney for: Plaintiffs

Date: 3/11/20

Law Office of Baruch C. Cohen, APLC
Printed name of law firm

/s/ Baruch Cohen
Signature

Baruch C. Cohen
Printed name

Attorney for: Defendant

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT TO JOINT STATUS REPORT

BCC IS AN ORTHODOX JEW AND SABBATH OBSERVER AND DOES NOT WORK ON THE FOLLOWING JEWISH HOLIDAYS AND PERSONAL DAYS

2020

- **PASSOVER**: BEGINS SUNSET OF WEDNESDAY, APRIL 8, 2020 / ENDS NIGHTFALL OF THURSDAY, APRIL 16, 2020
- **SHAVUOT**: BEGINS SUNSET OF THURSDAY, MAY 28, 2020 / ENDS NIGHTFALL OF SATURDAY, MAY 30, 2020
- **TISHA B'AV**: WEDNESDAY, AUGUST 5, 2020
- **ROSH HASHANAH**: BEGINS SUNSET OF FRIDAY, SEPTEMBER 18, 2020 / ENDS NIGHTFALL OF SUNDAY, SEPTEMBER 20, 2020
- **YOM KIPPUR**: BEGINS SUNSET OF SUNDAY, SEPTEMBER 27, 2020 / ENDS NIGHTFALL OF MONDAY, SEPTEMBER 28, 2020
- **SUKKOT**: BEGINS SUNSET OF FRIDAY, OCTOBER 2, 2020 / ENDS NIGHTFALL OF FRIDAY, OCTOBER 9, 2020[1]
- **SHEMINI ATZERET & SIMCHAT TORAH**: BEGINS SUNSET OF FRIDAY, OCTOBER 9, 2020 / ENDS NIGHTFALL OF SUNDAY, OCTOBER 11, 2020

2021

- **YAHRTZEIT**: MY DAUGHTER HINDY'S 17TH YAHRTZEIT: FEBRUARY 13, 2021
- **PASSOVER**: BEGINS SUNSET OF SATURDAY, MARCH 27, 2021 / ENDS NIGHTFALL OF SUNDAY, APRIL 4, 2021
- **SHAVUOT**: BEGINS SUNSET OF SUNDAY, MAY 16, 2021 / ENDS NIGHTFALL OF TUESDAY, MAY 18, 2021
- **TISHA B'AV**: SATURDAY, JULY 24, 2021
- **ROSH HASHANAH**: BEGINS SUNSET OF MONDAY, SEPTEMBER 6, 2021 / ENDS NIGHTFALL OF WEDNESDAY, SEPTEMBER 8, 2021
- **YOM KIPPUR**: BEGINS SUNSET OF WEDNESDAY, SEPTEMBER 15, 2021 / ENDS NIGHTFALL OF THURSDAY, SEPTEMBER 16, 2021
- **SUKKOT**: BEGINS SUNSET OF MONDAY, SEPTEMBER 20, 2021 / ENDS NIGHTFALL OF MONDAY, SEPTEMBER 27, 2021[2]
- **SHEMINI ATZERET & SIMCHAT TORAH**: BEGINS SUNSET OF MONDAY, SEPTEMBER 27, 2021 / ENDS NIGHTFALL OF WEDNESDAY, SEPTEMBER 29, 2021

---

[1] BCC HAS TENTATIVE PLANS TO BE IN ISRAEL FOR SUKKOT

[2] BCC HAS TENTATIVE PLANS TO BE IN ISRAEL FOR SUKKOT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300, Riverside, CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/19/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Douglas A Plazak    dplazak@rhlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/19/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Wayne Johnson, United States Bankruptcy Judge, 3420 Twelfth Street, #304, Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/19/2020 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.